IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | ) ) ) | Chapter 7 |
| SONDER HOSPITALITY USA, INC., | ) ) ) | Case No. 25-12046 (KBO) |
| Debtor. | ) ) | |

**NOTICE OF HEARING**

TO: The following parties: (a) the Debtors; (b) the Office of the United States Trustee; (c) the Chapter 7 trustee appointed in these cases; and (d) any party requesting notice pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE NOTICE** that on November 19, 2025, 284 Hexagon, LLC ("Hexagon") filed (i) the *Emergency Motion of 284 Hexagon, LLC for Entry of an Order Granting Relief from the Automatic Stay to Take Protective Measures Retroactive to the Petition Date* (the "Motion") [D.I. 32] and (ii) the *Motion to Shorten Notice and Objection Periods for Emergency Motion of 284 Hexagon, LLC for Entry of an Order Granting Relief from the Automatic Stay to Take Protective Measures Retroactive to the Petition Date* [D.I. 34] (the "Motion to Shorten") with the United States Bankruptcy Court for the District of Delaware (the "Court"). You were previously served with a copy of the Motion and the Motion to Shorten.

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the relief requested in the Motion must be filed with or presented to the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, at or before the Hearing on **November 24, 2025 at 2:00 p.m. (ET)**. At the same time, you must also serve a copy of any filed objection upon the following parties so as to be received no later than **November 24, 2025 at 2:00 p.m. (ET)**: (a) the Chapter 7 Trustee, 919 N. Market Street, Suite 420, Wilmington, DE 19801, Attn: Jami Nimeroff (nimeroff@dech7trustee.com); (b) proposed counsel to the Chapter 7 Trustee, Duane Morris LLP, 1201 N Market St Suite 501, Wilmington, DE 19801, Attn: Lawrence Kotler (LJKotler@duanemorris.com); and (c) counsel to Hexagon, Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, Delaware 19801, Attn: Kimberly A. Brown, Esq. (brown@lrclaw.com) and George A. Williams III, Esq. (williams@lrclaw.com);

A HEARING ON THE MOTION WILL BE HELD ON **NOVEMBER 24, 2025 AT 2:00 P.M. (ET)** BEFORE THE HONORABLE, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated: November 19, 2025<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ George A. Williams, III*<br>Kimberly A. Brown (No. 5138)<br>George A. Williams III (No. 6964)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>Email: brown@lrclaw.com<br>           williams@lrclaw.com<br><br>-and-<br><br>**PRINCE LOBEL TYE, LLP**<br>Mark W. Powers, Esq. (*pro hac vice pending*)<br>One Mercantile Street, Suite 220<br>Worcester, MA 01608<br>Telephone: (508) 318-1740<br>Facsimile:  (508) 318-1746<br>Email: mpowers@princelobel.com<br><br>*Attorneys for 284 Hexagon, LLC* |